**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| RICHARD MARTINEZ, JR., | : | CASE NO.: |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| IQ TRANSIT, INC., IQ TRANS, INC., and | : | |
| ABILKHAIR SHERMUKHAMETOV, | : | |
| | : | |
| Defendants. | : | JUNE 12, 2026 |
| | : | |

**PETITION FOR REMOVAL**

NOW COME petitioners/defendants, IQ Trans, Inc. and Abilkhair Shermukhametov, by and through their undersigned counsel, and respectfully petition this Honorable Court as follows:

1. Petitioners are the defendants in a civil action captioned *Richard Martinez, Jr.* v. *IQ Transit, Inc., et al.*, docket no. FST-CV26-6081305-S, which suit was filed in the Connecticut Superior Court, Judicial District of Stamford-Norwalk at Stamford (hereafter, the "state court action"). A copy of the Summons and Complaint in the state court action are submitted herewith as Exhibit A.

2. The Complaint asserts claims for negligence, recklessness, and negligent hiring, supervision, and retention arising from a motor vehicle accident alleged to have occurred on or about September 24, 2024, on Interstate 95 in Stamford, Connecticut. *Complaint*, *First Count*, *Paras. 6-8*; *Second Count*, *generally*; *Third Count*, *generally*. The plaintiff alleges that defendant driver Abilkhair Shermukhametov, while operating a commercial tractor-trailer owned by IQ Transit, Inc. and/or IQ Trans, Inc., struck the rear of the plaintiff's vehicle as traffic slowed, propelling it into the truck ahead and triggering a multi-vehicle collision that caused the plaintiff's injuries and damages. *Complaint*, *First Count*, *Paras. 7-9*. The plaintiff further alleges that

1

Shermukhametov was acting within the scope of his employment or agency with IQ Transit, Inc. and/or IQ Trans, Inc. and asserts direct claims against those entities for negligent hiring, supervision, and retention. *Complaint*, *First Count*, *Para. 15*; *Third Count*, *Paras. 16-17*.

3.      The plaintiff alleges painful, permanent, severe, and disabling injuries and losses, including: an open head injury requiring staples and a traumatic concussion; post-traumatic concussion syndrome and headaches; cervical, thoracic, and lumbar sprains/strains with radiculopathy; a right shoulder rotator-cuff/labral tear requiring surgery; multiple contusions, abrasions, and lacerations; pain and injury to the head, neck, back, right shoulder, and extremities; and severe shock to the nervous system. *Complaint, First Count, Para. 9.* The plaintiff further alleges that these injuries caused physical and emotional distress, extreme pain and suffering, embarrassment, limited activities, inconvenience, disability, and limited range of motion, and required substantial expenditures for medical care, including therapy, hospitalization, surgery, medications, medical devices, and diagnostic and radiological treatment. *Complaint, First Count, Paras. 10-11.* He also claims fear of future complications and lost wages and/or diminished earning capacity. *Complaint, First Count, Paras. 12–13.*

4.      This action is being removed to the District Court pursuant to Title 28, United States Code § 1441(a). In support of this Petition for Removal, Petitioners respectfully state and represent to the Court as follows:

a.      By Complaint dated May 15, 2026, Plaintiff filed suit against the Petitioners. Service was accomplished upon the Petitioners IQ Trans, Inc. and Abilkhair Shermukhametov on May 19, 2026, through the State of Connecticut Commissioner of Motor Vehicles pursuant to General Statutes § 52-62. The Complaint seeks venue in the Superior Court of Connecticut, the Judicial District of Stamford-Norwalk at Stamford.

b.      The Plaintiff is citizen and domiciliary of the State of Connecticut. *See* Exhibit A, Summons.

c.      Petitioner Abilkhair Shermukhametov is, and at all times relevant was, a citizen and domiciliary of the State of Illinois.

d.      Petitioner IQ Transit, Inc., was a corporation organized under the laws of the State of Illinois, with its principal place of business being Lockport, Illinois. Thus, for purposes of diversity jurisdiction, IQ Transit, Inc. is a citizen of the state of Illinois.

e.      Petitioner IQ Trans, Inc., is a corporation organized and existing under the laws of the State of Illinois, with its principal place of business being Des Plaines, Illinois. Thus, for purposes of diversity jurisdiction, IQ Trans, Inc. is a citizen of the state of Illinois.

f.      In his Complaint, Plaintiff alleges that as a result of the subject incident, he suffered multiple physical injuries and monetary losses, which are claimed to be serious and permanent in nature, including those injuries described in detail above. He further asserts a claim of a permanent disability, limited ability to pursue his life's usual activities, pain and suffering, emotional distress, lost wages, and a loss of earning capacity. Thus, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

g.      This Court has original jurisdiction over this Action pursuant to 28 U.S.C. §1332(a)(1) because there is complete diversity of citizenship between the Plaintiff and the Petitioners, and because the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

h.      Venue is proper pursuant to 28 U.S.C. §1391(a) and (b), because the alleged events giving rise to the Plaintiff's claims occurred within the State of Connecticut and the Petitioners are subject to personal jurisdiction in Connecticut.

i.       Pursuant to 28 U.S.C. §1446(d), the Petitioners have notified the Superior Court of the State of Connecticut, Judicial District of Stamford-Norwalk at Stamford via the Notice of Removal attached hereto as Exhibit B.

WHEREFORE, based upon the foregoing, Petitioners respectfully request that the state court action be removed to the United States District Court for the District of Connecticut pursuant to 28 U.S.C. §1441(a), and that further proceedings in the Superior Court of Connecticut, Judicial District of Stamford-Norwalk at Stamford, docket no. FST-CV26-6081305-S be discontinued.

Respectfully submitted,

DEFENDANTS/PETITIONERS,
IQ TRANS, INC., and
ABILKHAIR SHERMUKHAMETOV

By:/s/ *Edward N. Storck III*
    Edward N. Storck III
    Freeman Mathis & Gary, LLP
    CityPlace II
    185 Asylum Street, 6th Floor
    Hartford, CT 06103
    Juris No. 27312
    Ph: 959-202-4999
    edward.storck@fmglaw.com

4

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| RICHARD MARTINEZ, JR., | : | CASE NO.: |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CERTIFICATE OF** |
| | : | **SERVICE** |
| IQ TRANSIT, INC., IQ TRANS, INC., and | : | |
| ABILKHAIR SHERMUKHAMETOV, | : | |
| | : | |
| Defendants. | : | JUNE 12, 2026 |
| | : | |

I hereby certify that on June 12, 2026, a copy of the foregoing document was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

A copy of the foregoing was mailed or electronically mailed to:

Anastasios T. Savvaides, Esq.
Wocl Leydon, L.L.C.
80 Fourth Street
Stamford, CT 06905
Tel.: (203) 333-3339
ASavvaides@woclleydon.com
*Attorney for the Plaintiff*

/s/ *Edward N. Storck III*
Edward N. Storck III

5

# EXHIBIT A

**SUMMONS - CIVIL**

JD-CV-1   Rev. 2-25
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

**Instructions are on page 2.**

| For information on ADA accommodations, contact the Centralized ADA Office at 860-706-5310 or go to: www.jud.ct.gov/ADA/ |
|---|

**STATE OF CONNECTICUT**
**JUDICIAL BRANCH**
**SUPERIOR COURT**
www.jud.ct.gov

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**

By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| 123 Hoyt Street, Stamford, CT 06905 | ( 203 ) 965 − 5308 | 06/23/2026 |

| ☒ Judicial District | G.A. | At (City/Town) | Case type code (See list on page 2) |
|---|---|---|---|
| ☐ Housing Session | ☐ Number: | Stamford | Major: **V**   Minor: **01** |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (if attorney or law firm) |
|---|---|
| Wocl Leydon LLC, 80 Fourth Street, Stamford, CT 06905 | 106151 |

| Telephone number | Signature of plaintiff (if self-represented) |
|---|---|
| ( 203 ) 333 − 3339 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case. Any attorney who is not exempt from e-filing is required to accept electronic delivery. (Practice Book Section 10-13)   ☒ Yes   ☐ No

E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book
ASavvaides@woclleydon.com

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|
| **First plaintiff** | Name: **Martinez, Richard, Jr.**<br>Address: **1868 Hutchinson River Pkwy., Apt. 3, Bronx, New York 10461** | P-01 |
| **Additional plaintiff** | Name:<br>Address: | P-02 |
| **First defendant** | Name: **IQ Transit, Inc.**<br>Address: **1801 N. Mill Street, Naperville, Illinois 60563** | D-01 |
| **Additional defendant** | Name: **IQ Trans, Inc.**<br>Address: **701 Lee Street, Suite 550, Des Plaines, Illinois 60016** | D-02 |
| **Additional defendant** | Name: **Shermukhametov, Abilkhair**<br>Address: **7245 E. Irving Park Road, Chicago, Illinois 60634** | D-03 |
| **Additional defendant** | Name:<br>Address: | D-04 |
| **Total number of plaintiffs: 1** | **Total number of defendants: 3** | ☐ Form JD-CV-2 attached for additional parties |

**Notice to each defendant**

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
**The court staff is not allowed to give advice on legal matters.**

| Date | Signed (Sign and select proper box) | ☒ Commissioner of Superior Court | Name of person signing |
|---|---|---|---|
| 05/15/2026 | | ☐ Clerk | **Anastasios T. Savvaides, Esq.** |

If this summons is signed by a Clerk:
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

| For Court Use Only |
|---|
| File Date |

A TRUE COPY
ATTEST
Kevin Sullivan
KEVIN SULLIVAN
STATE MARSHAL, HARTFORD COUNTY

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) | Date | Docket Number |
|---|---|---|---|

Print Form     Page 1 of 2     Reset Form

RETURN DATE: JUNE 23, 2026     :     **SUPERIOR COURT**

RICHARD MARTINEZ Jr.     :     **J. D OF STAMFORD**

VS.     :     **AT STAMFORD**

IQ TRANSIT, INC.; IQ TRANS, INC.
and ABILKHAIR
SHERMUKHAMETOV     :     **MAY 15, 2026**

**COMPLAINT**

**FIRST COUNT (Negligence):**

1) The Plaintiff, Richard Martinez, Jr., is a resident of Bronx, New York.

2) The Defendant, IQ Transit, Inc., is a duly organized foreign corporation with a principal place of business located at 1801 N. Mill Street, Naperville, Illinois; the Defendant, IQ Trans, Inc., is a duly organized foreign corporation with a principal place of business located at 701 Lee Street, Suite 550, Des Plaines, Illinois.

3) The Defendant, Abilkhair Shermukhametov, is a resident of Chicago, Illinois.

4) At all times relevant hereto, the commercial motor vehicle being operated by the Defendants was a "commercial motor vehicle" with gross weight in excess of 26,001 pounds, as defined in Connecticut General Statute § 14-1(a)(13) and 49 C.F.R. §383.5 and, accordingly, was subject to the Federal Motor Carrier Safety Regulations, 49 C.F.R. parts 325-399 ("FMCSR"), including those FMCSR provisions adopted by the Connecticut Department of Motor Vehicles under Connecticut State Agency Regulation §14-163c-1.

5) At all times relevant hereto, the Defendant, Abilkhair Shermukhametov, was an "employee" as defined in 49 U.S.C. § 31132(2), 49 C.F.R. §§383.5 and/or 390.5, and was subject to FMCSR requirements.

Wocl Leydon ᴸᴸᶜ
80 Fourth Street, Stamford, CT 06905
Tel: (203) 333-3339 | Fax: (203) 324-1407 | Juris No. 106151

6) On or about September 24, 2024, the Plaintiff, Richard Martinez, Jr., was the operator of a motor vehicle proceeding in a generally northerly direction in the center lane of Interstate 95 near Exit 7, a public highway located in Stamford, Connecticut.

7) At said time and place, the Defendant, Abilkhair Shermukhametov, was the operator of a commercial motor vehicle tractor and trailer owned by the Defendant, IQ Transit, Inc. and/or the Defendant, IQ Trans, Inc., proceeding in a generally southerly direction in the center lane of Interstate 95 near Exit 2 behind the Plaintiff's motor vehicle.

8) At said time and place, as the Plaintiff's motor vehicle was slowing to a stop due to heavy traffic ahead, the Defendant's commercial motor vehicle crashed into the rear of the Plaintiff's motor vehicle with such force that it was thrust forward into the truck traveling ahead of it which then struck the truck traveling ahead of it, causing the injuries and damages hereinafter set forth.

9) As a result of the conduct of the Defendant, the Plaintiff, Richard Martinez, Jr., received and suffered painful, permanent, severe and disabling injuries which were caused, aggravated, accelerated or lighted up by said occurrence:

   a) Open head injury requiring staples and traumatic concussion;

   b) Post-traumatic concussion syndrome;

   c) Post-traumatic headaches;

   d) Cervical sprain/strain w/ radiculopathy;

   e) Right shoulder rotator-cuff/labral tear requiring surgical intervention;

   f) Thoracic sprain/strain;

   g) Lumbar sprain/strain w/ radiculopathy;

   h) Multiple contusions, abrasions and lacerations;

Wocl Leydon LLC

80 Fourth Street, Stamford, CT 06905

Tel: (203) 333-3339 | Fax: (203) 324-1407 | Juris No. 106151

2

i)  Head, neck, right shoulder, back and upper/lower extremity pain and injury; and

j)  Severe shock to the Plaintiff's entire nervous system.

10) As a further result, the Plaintiff has suffered severe physical and emotional distress, extreme pain and suffering, embarrassment, limitation of activities, inconvenience, disability, limitation of motion and has been unable to perform the household, recreational and normal duties, activities and functions as the Plaintiff did before said occurrence.

11) As a result of said injuries, the Plaintiff was required to expend substantial sums of money and may be required to expend additional sums of money in the future for:

a)  Medical care and treatment;

b)  Physical therapy;

c)  Hospitalization;

d)  Surgical care and treatment;

e)  Therapeutic care and treatment;

f)  Pharmaceutical expenses;

g)  Medical devices;

h)  Ambulatory care;

i)  Radiological treatment; and/or

j)  Diagnostic treatment.

12) As a further result, the Plaintiff is apprehensive and fearful of future medical complications resulting from the aforesaid injuries.

13) As a further result, the Plaintiff was unable to work for a period of time and has lost wages and/or suffered a loss of earning capacity.

Wocl Leydon LLC
80 Fourth Street, Stamford, CT 06905 | Juris No. 106151
Tel: (203) 333-3339 | Fax: (203) 324-1407

3

Wocl Leydon LLC
80 Fourth Street, Stamford, CT 06905
Tel: (203) 333-3339 | Fax: (203) 324-1407 | Juris No. 106151

14) The Plaintiff's injuries and damages were caused by the negligence or carelessness of the Defendant, Abilkhair Shermukhametov, a CDL licensed commercial motor vehicle operator, in one or more of the following respects:

a) In that the Defendant was operating the motor vehicle at an unreasonable rate of speed having due regard for the traffic, weather, width and use of the highway and the intersection of streets;

b) In that the Defendant failed to keep the motor vehicle under proper and reasonable control;

c) In that the Defendant failed to keep a proper and reasonable lookout for other motor vehicles upon the highway;

d) In that the Defendant failed to apply the brakes properly, although by a proper and reasonable exercise of the Defendant's faculties, the Defendant could and should have done so;

e) In that the Defendant failed to turn the Defendant's motor vehicle to the left or to the right so as to avoid the Plaintiff's motor vehicle, although by proper and reasonable exercise of the Defendant's faculties, the Defendant could and should have done so;

f) In that the Defendant violated §§14-218a and 14-219 of the motor vehicle laws of the State of Connecticut in operating the Defendant's motor vehicle at rates of speed greater than is reasonable having regard to the width, traffic, and use of highway, the intersection of streets and the weather conditions;

g) In that the Defendant failed to sound the horn or give any warning whatsoever to the Plaintiff of the impending collision;

h) In that the Defendant was inattentive to the presence of the motor vehicles in front of the Defendant;

4

i) In that the Defendant violated applicable Federal Motor Carrier Safety Regulations;

j) In that the Defendant violated the applicable safe driving standards, rules, regulations, policies and/or procedures of his employer, the Defendant, IQ Transit, Inc.;

k) In that the Defendant operated said motor vehicle when it was not equipped with brakes adequate to bring it to a controlled stop within the distance and under the conditions prescribed and when the brakes were not in good working order, in violation of C.G.S. §14-80h;

l) In that the Defendant was driving while distracted in violation of C.G.S. §14-296aa; and/or

m) In that the Defendant was following too closely in violation of C.G.S. §14-240.

15) At all times relevant herein, the Defendant, Abilkhair Shermukhametov, was operating the commercial motor vehicle owned by the Defendant, IQ Transit, Inc. and/or IQ Trans, Inc., as an employee, agent or servant and/or within the course of his employment and/or agency.

**SECOND COUNT (Recklessness):**

1-13) Paragraphs 1 through 13 of the First Count are incorporated by reference and hereby made Paragraphs 1 through 13 of the Second Count.

14) The Defendant, Abilkhair Shermukhametov, was traveling at an excessive rate of speed immediately prior to the collision for the traffic conditions and was either completely distracted while driving or was not paying enough attention to the traffic and roadway conditions ahead of him while operating a commercial motor vehicle.

15) The roadway was straight and level in the area of the collision and the Defendant's view of the Plaintiff's motor vehicle as well as the other traffic on the roadway was unobstructed prior to the motor vehicle collision.

16) The Plaintiff's injuries and damages were caused by the recklessness of the

Wodl Leydon LLC

80 Fourth Street, Stamford, CT 06905

Tel: (203) 333-3339 | Fax: (203) 324-1407 | Juris No. 106151

5

Defendant, Abilkhair Shermukhametov, a CDL licensed commercial motor vehicle operator, in one or more of the following respects:

(a) In that the Defendant deliberately and/or recklessly operated the motor vehicle at an unreasonable rate of speed having due regard for the traffic, weather, width and use of the highway and the intersection of streets;

(b) In that the Defendant deliberately and/or recklessly failed to keep the motor vehicle under proper and reasonable control;

(c) In that the Defendant deliberately and/or recklessly failed to keep a proper and reasonable lookout for other motor vehicles upon the highway;

(d) In that the Defendant deliberately and/or recklessly failed to apply the brakes properly although by a proper and reasonable exercise of the Defendant's faculties, the Defendant could and should have done so;

(e) In that the Defendant deliberately and/or recklessly failed to turn the motor vehicle to the left or to the right so as to avoid the Plaintiff's motor vehicle although by proper and reasonable exercise of the Defendant's could and should have done so;

(f) In that the Defendant deliberately and/or recklessly violated §§14-218a and 14-219 of the motor vehicle laws of the State of Connecticut in operating said motor vehicle at a rate of speed greater than is reasonable having regard to the width, traffic, and use of highway, the intersection of streets and the weather conditions;

(g) In that the Defendant deliberately and/or recklessly failed to sound the horn or give any warning whatsoever to the Plaintiff of the impending collision;

(h) In that the Defendant deliberately and/or carelessly violated applicable Federal Motor Carrier Safety Regulations;

Wocl Leydon LLC
80 Fourth Street, Stamford, CT 06905
Tel: (203) 333-3339 | Fax: (203) 324-1407 | Juris No. 106151

6

(i) In that the Defendant deliberately and/or recklessly violated the applicable safe driving standards, rules, regulations, policies and/or procedures of his employer, the Defendant, IQ Transit, Inc.;

(j) In that the Defendant deliberately and/or recklessly operated the motor vehicle when it was not equipped with brakes adequate to bring it to a controlled stop within the distance and under the conditions prescribed in violation of C.G.S. §14-80h;

(k) In that the Defendant deliberately and/or recklessly was driving while distracted in violation of C.G.S. §14-296aa;

(l) In that the Defendant deliberately and/or recklessly operated the motor vehicle too closely in violation of C.G.S. §14-240a; and/or

(m) In that the Defendant was deliberately and/or recklessly inattentive while operating the motor vehicle.

17) In or more of the aforementioned ways, the Defendant exhibited a deliberate and/or reckless disregard for safety of the Plaintiff by making it highly improbable that the Defendant could have avoided the collision thereby creating an unreasonable risk of bodily injury to the Plaintiff.

18) In addition, the reckless and/or deliberate violation of C.G.S. §§14-218a, 14-219, 14-222, 14-296aa and/or 14-240a was a substantial factor in causing the Plaintiff's injuries and damages.

**THIRD COUNT (Negligent Hiring, Supervision and Retention):**

1-15) Paragraphs 1 through 15 of the First Count are incorporated by reference and hereby made Paragraphs 1 through 15 of the Third Count.

7

Wocl Leydon LLC
80 Fourth Street, Stamford, CT 06905
Tel: (203) 333-3339 | Fax: (203) 324-1407 | Juris No. 106151

16) The Defendant, IQ Transit, Inc. and/or IQ Trans, Inc., had a duty to act reasonably as a business operating commercial motor vehicles, in hiring, training, supervising and retaining the Defendant, Abilkhair Shermukhametov, and to promulgate and enforce applicable rules and regulations to ensure its drivers and vehicles were operating in a reasonably safe manner and in accordance with all applicable rules and regulations, including the Federal Motor Carrier Safety Regulations.

17) The Plaintiff's injuries and losses were caused by the negligence and carelessness of the Defendant, IQ Transit, Inc. and/or IQ Trans, Inc., in one or more of the following respects:

a) In that they failed to select an employee fit or competent to perform the services of employment;

b) In that they failed to conduct a reasonable and thorough investigation into the background and history of the Defendant, Abilkhair Shermukhametov, which investigation would have revealed that he was unfit and incompetent to perform the services of his employment;

c) In that they failed to properly educate, train and inform the Defendant, Abilkhair Shermukhametov, regarding his employment duties and obligations during the course of his employment, including the safe operation of a commercial motor vehicle;

d) In that they failed to properly supervise and instruct the Defendant, Abilkhair Shermukhametov, regarding the safe operation of a commercial motor vehicle;

e) In that they failed to properly train and permitted the Defendant, Abilkhair Shermukhametov, to operate a commercial motor vehicle when they knew or should have known he was unfit to do so; and/or

8

g)    In that they improperly retained the Defendant, Abilkhair Shermukhametov, in his position as a commercial motor vehicle operator at the time of the incident.

THE PLAINTIFF,

BY

ANASTASIOS T. SAVVAIDES, ESQ.
Wocl Leydon L.L.C.
80 Fourth Street
Stamford, CT 06905
Tel.: (203) 333.3339
Juris No.: 106151

A TRUE COPY
ATTEST
KEVIN SULLIVAN
STATE MARSHAL, HARTFORD COUNTY

9

Wocl Leydon LLC

80 Fourth Street, Stamford, CT 06905

Tel.: (203) 333-3339 | Fax: (203) 324-1407 | Juris No. 106151

RETURN DATE: JUNE 23, 2026      :      **SUPERIOR COURT**

RICHARD MARTINEZ Jr.      :      **J. D OF STAMFORD**

VS.      :      **AT STAMFORD**

IQ TRANSIT, INC.; IQ TRANS, INC.
and ABILKHAIR
SHERMUKHAMETOV      :      **MAY 15, 2026**

## STATEMENT OF AMOUNT IN DEMAND

The amount in demand is in excess of FIFTEEN THOUSAND ($15,000.00) DOLLARS,

excluding interest and costs.

THE PLAINTIFF,

BY: _____

ANASTASIOS T. SAVVAIDES, ESQ.
Wocl Leydon L.L.C.
80 Fourth Street
Stamford, CT 06905
Tel.: (203) 333.3339
Juris No.: 106151

A TRUE COPY
ATTEST: _____
KEVIN SULLIVAN
STATE MARSHAL, HARTFORD COUNTY

10

RETURN DATE: JUNE 23, 2026      :      **SUPERIOR COURT**

RICHARD MARTINEZ Jr.      :      **J. D OF STAMFORD**

VS.      :      **AT STAMFORD**

IQ TRANSIT, INC.; IQ TRANS, INC.
and ABILKHAIR
SHERMUKHAMETOV      :      **MAY 15, 2026**

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff claims:

1.     Monetary Damages;

2.     Damages Pursuant to C.G.S. §14-295;

3.     Common Law Punitive Damages; and,

4.     Any other relief in Law or Equity which may appertain.

THE PLAINTIFF,

BY: _____

ANASTASIOS T. SAVVAIDES, ESQ.
Wocl Leydon L.L.C.
80 Fourth Street
Stamford, CT 06905
Tel.: (203) 333.3339
Juris No.: 106151

A TRUE COPY
ATTEST:
KEVIN SULLIVAN
STATE MARSHAL, HARTFORD COUNTY

**Wocl Leydon** LLC

80 Fourth Street, Stamford, CT 06905 | Fax: (203) 324-1407 | Juris No. 106151

Tel: (203) 333-3339

11

STATE OF CONNECTICUT:

SS:   WETHERSFIELD,MAY 19,2026

COUNTY OF HARTFORD   :

Then and by virtue hereof and by direction of the plaintiff's Attorney, I left a  verified true and attested copy of the original Writ of Summons,Complaint,Statement of Amount in Demand and Prayer for Relief  with my doings thereon endorsed, at the office of TONY GUERRERA ,Commissioner of Motor Vehicles, State of Connecticut, duly authorized to accept service for the defendant,IQ TRANS,INC.,in said town of Wethersfield.

*Kevin Sullivan*

**KEVIN  SULLIVAN**
**STATE  MARSHAL**

A TRUE COPY
ATTEST:
*Kevin Sullivan*
KEVIN SULLIVAN
STATE MARSHAL, HARTFORD COUNTY

# <u>EXHIBIT B</u>

DOCKET NO.: FST-CV26-6081305-S   :   SUPERIOR COURT

               :

RICHARD MARTINEZ, JR.     :   J.D. OF STAMFORD-NORWALK

               :

v.              :   AT STAMFORD

               :

IQ TRANSIT, INC., ET AL.     :   JUNE 12, 2026

## NOTICE OF FILING OF PETITION FOR REMOVAL TO FEDERAL COURT

  NOW COME Defendants IQ Trans, Inc. and Abilkhair Shermukhametov, by and through their undersigned counsel, pursuant to 28 U.S.C. § 1446, and hereby provide notice that they have this date filed a petition for removal of this matter to the United States District Court, District of Connecticut. A copy of said Petition (without exhibits) is filed herewith as Exhibit A.

         Respectfully submitted,

         DEFENDANTS/PETITIONERS,
         IQ TRANS, INC.,
         ABILKHAIR SHERMUKHAMETOV

       By:/s/ *Edward N. Storck III*
         Edward N. Storck III
         Freeman Mathis & Gary, LLP
         CityPlace II
         185 Asylum Street, 6th Floor
         Hartford, CT 06103
         Juris No. 426156
         Ph: 959-202-4999
         edward.storck@fmglaw.com

1

## **CERTIFICATION**

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on June 12, 2026 to all attorneys and self-represented parties of record and to all parties who have not appeared in this matter and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

Anastasios T. Savvaides, Esq.
Wocl Leydon, L.L.C.
80 Fourth Street
Stamford, CT 06905
Tel.: (203) 333-3339
ASavvaides@woclleydon.com
*Attorney for the Plaintiff*

/s/ *Edward N. Storck III*
Edward N. Storck III

2



## State of Connecticut Judicial Branch
# Superior Court E-Filing

**Attorney/Firm:** FREEMAN MATHIS & GARY LLP (440729)          **E-Mail:** NBENNETT@FMGLAW.COM   Logout

**Hide Instructions**          **You have successfully e-filed!**

**Instructions:** The information about the item you filed is on this confirmation page. You must print a copy of this page for your records. Choose **Print This Page** at the top of the page to print your copy.

Choose **E-File Another Pleading/Motion/Other on this Case** to go back to the **Select a Motion** page to choose another document name and file another document.

Choose **Return to Superior Court E-Filing Menu** to go back to the menu page.

Choose **Return to Case Detail** to look at the documents filed in this case or to file a reclaim in this case.

[ Print This Page ]

### Confirmation of E-filed Transaction  (print this page for your records)

| | |
|---|---|
| **Docket Number:** | FST-CV-26-6081305-S |
| **Case Name:** | MARTINEZ, JR, RICHARD v. IQ TRANSIT, INC. Et Al |
| **Type of Transaction:** | Pleading/Motion/Other document |
| **Date Filed:** | Jun-12-2026 |
| **Motion/Pleading by:** | FREEMAN MATHIS & GARY LLP (440729) |
| **Document Filed:** | 101.00 NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT |
| | |
| **Date and Time of Transaction:** | Friday, June 12, 2026 11:47:34 AM |

[ E-File Another Pleading/Motion/Other document on this Case ]

[ Return to Civil / Family Menu ]     [ Return to Case Detail ]

Copyright © 2026, State of Connecticut Judicial Branch